# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA
_____

                                             Civil No: 18-3431 (JRT/ECW)

DR. HUSSEIN W. EGAL,

             Plaintiff,

                                      **ORDER FOR DISMISSAL**

v.                                        **WITH PREJUDICE**

DR. JENNINGS R. STALEY, et al,

             Defendants.
_____

Frederick L Neff, **NEFF LAW FIRM, P.A.,** 7400 Metro Boulevard, Suite 165, Edina, MN 55439, for plaintiff.

Adam S Huhta, **HUHTA LAW FIRM, PLLC,** 36 South 9th Street, Suite 200, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 3, 2020                 _____s/John R. Tunheim_____
at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                    Chief Judge
                          United States District Court